PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Dave Joseph                Cr.: 20-00073-001
                                                                 PACTS #: 5983593

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/07/2020

Original Offense:    Count One: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, [18
                     U.S.C. § 1344], a Class B Felony

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution, Substance Abuse Testing, Drug Treatment,
Financial Disclosure, No New Debt/Credit, Forfeiture

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/22/2022

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Habitas Alula, Asher Valley, Alula 43511, Saudi Arabia. He will be traveling with his girlfriend, Shary Cuevas.

U.S. Probation Officer Action:

Our office recommends the travel request be denied as Mr. Joseph only commenced supervision on July 22, 2022.

Mr. Joseph reports as instructed and urinalysis submitted yielded negative results. Dave Joseph has maintained stable residence with his mother in Elizabeth, New Jersey since his release from incarceration. On August 15, 2022, he submitted a letter from his employer stating he will begin his employment with NAN Tech World in Newark, New Jersey on September 2, 2022. On August 5, 2022, Mr. Joseph made a payment of $50.00 toward his restitution, leaving him with an outstanding balance of $284,602.00. He has paid his special assessment of $100.00 in full. Although Mr. Joseph is currently compliant with his conditions, he has a substantial amount of restitution owed and has only begun his term of supervised release, therefore we request the travel request be denied.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maribel Perez*

By:   MARIBEL PEREZ
      U.S. Probation Officer

Prob 12A – page 2
Dave Joseph

/ mp

APPROVED:

_Carrie H. Borona_

                                        09/06/2022
_____
CARRIE H. BORONA              Date
Supervising U.S. Probation Officer

**_Please check a box below to indicate the Court's direction regarding action to be taken in this case:_**

☐  Travel Approved

☒  Travel Denied (as recommended by the Probation Office)

☐  Travel Approved and all future travel requests be at the discretion of the Probation Office

☐  Other

_____
                  Signature of Judicial Officer

                        9/9/2022
_____
                        Date